UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANDY R. MCLEAN, et al., ) | |
| ) | |
|         Plaintiffs, ) | |
| v. ) | No.   1:12-cv-00381-GZS |
| ) | |
| DELHAIZE AMERICA, et al., ) | |
| ) | |
|         Defendants ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 10) filed March 27, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Motion to Dismiss (ECF No. 4) is **DENIED** as to an ADA claim of discrimination based upon a violation of confidentiality provision of the ADA and **GRANTED** as to all claims, including Susan McLean's claim for slander, and as to all defendants except for Delhaize America, doing business as Progressive Distributors.

.

                                                                           /s/ George Z. Singal
                                                                           United States District Judge

Dated this 16th day of April, 2013.